# United States Bankruptcy Court
### District of New Jersey

In re  **National Die & Button Mould Co., Inc.**                               Case No. **09-24786**

                                       Debtor(s)                                Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 13, 2009**                         **/s/ Louis Eisenpresser**
                                                 **Louis Eisenpresser**/**President**
                                                 Signer/Title

```
921-GTS-Welco
P.O. Box 7777
Philadelphia, PA 19175


Accounting Offices of C.E. Talis
101 Cedar Lane, Suites 102 & 103
Teaneck, NJ 07666


Acme-Danneman Co., Inc
245 West 29th Street
New York, NY 10001


Allstar Plastics
5730 Donahue Street
Montreal Quebec H4S 1C1
Canada


American Waste & Textile
73-79 Vesey Street
Newark, NJ 07105


Barell Properties Associates
462 Barell Avenue
Carlstadt, NJ 07072


Bauer Factory Supply
685 Ramsey Avenue
Hillside, NJ 07205


Borough of Calstadt
500 Madison Street
Carlstadt, NJ 07072


C&C Metal Products, Inc.
456 Nordhoff Place
Englewood, NJ 07631


Cephren Carlstadt, LLC
c/o Richard Trenk
Trenk DiPasquale Webster Della Ferra
347 Mt. Pleasant Ave.
West Orange, NJ 07052
```

```
Chief Fire Equipment & Service Co
P.O. Box 735
Lodi, NJ 07644


Confessor Mendez
c/o National Die & Button Mould Co. Inc.
462 Barell Ave.
Carlstadt, NJ 07072


Copper & Brass
P.O. Box 77040
Detroit, MI 48277


DHL Worldwide Express
P.O. Box 415099
Boston, MA 02241-5099


George and Therese Eisenpresser
c/o Larry K. Hutcher, Esq.
Davidoff Malito & Hutcher LLP
605 3rd Avenue
New York, NY 10158


George and Therese Eisenpresser
149 5th Avenue, Apt 5A
New York, NY 10028


Hanover Insurance Co.
P.O. Box 4031
Worcester, MA 01653


Hill Cross Company
P.O. Box 60
543 56th Street
West New York, NJ 07093


JSA
125 Carlsbad Street
Cranston, RI 02920


Kenneth Eisenpresser
18 Wildwood Lane
Greenvale, NY 11548
```

```
Leonard Greenwald
c/o National Die & Button Mould Co. Inc.
462 Barell Ave.
Carlstadt, NJ 07072


Louis Eisenpresser
89 Broad Brook Road
Bedford Hills, NY 10507


Margola Import Corp.
48 West 37th Street
New York, NY 10018


MBM LLC
12132 Catlpa Court
Plainfield, IL 60585


Meadowlands Carting, Inc.
800 Page Avenue
P.O. Box 327
Lyndhurst, NJ 07071


NEC Financial Services, Inc.
P.O. Box 13872
Newark, NJ 07188-0872


NJ Division of Fire Safety
P.O. Box 809
Trenton, NJ 08625


Northeastern Importing Corporation
1123 Broadway #907
New York, NY 10010-2007


Philip Eisenpresser
c/o National Die & Button Mould Co
462 Barell Ave.
Carlstadt, NJ 07072


Polymag, Inc.
685 Station Road
Bellport, NY 11713
```

```
PSE&G
P.O. Box14104
New Brunswick, NJ 08906


Renato Sacheli
Via Monza 29
22052 Cernusco Lombardone
Italy


Sewer Solutions of New Jersey
P.O. Box 218
Rutherford, NJ 07070


Shell Oil Co.
P.O. Box 183019
Columbus, OH 43218-3019


Simplex Time Recorder Co.
Dept Ch 10320
Palatine, IL 60055-0320


Stan Rubinstein Associates, Inc.
56 Leonard Street, Unit 2
Foxboro, MA 02035


Staples, Inc.
P.O. Box 9027
Des Moines, IA 50368


Suffern Plating Corp.
210 Garibaldi Ave.
Lodi, NJ 07644


Telcomavin
871 Prince Street
Teaneck, NJ 07666


Trustees of the United Wire Metal and
Machine Pension Fund and the Int'l
Brotherhood of Teamsters Local Union 810
10 E 15th St
New York, NY 10003
```

```
Unimet Metal Supply Inc.
P.O. Box 823200
Philadelphia, PA 19182-3200


United Wire Metal
10 East 15th Street
New York, NY 10003


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673
```