B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  **National Die & Button Mould Co., Inc.**         Case No. **09-24786**
Debtor(s)                     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

   Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Barell Properties Associates**<br>**462 Barell Avenue**<br>**Carlstadt, NJ 07072** | **Barell Properties Associates**<br>**462 Barell Avenue**<br>**Carlstadt, NJ 07072** | | | 145,593.84 |
| **Copper & Brass**<br>**P.O. Box 77040**<br>**Detroit, MI 48277** | **Copper & Brass**<br>**P.O. Box 77040**<br>**Detroit, MI 48277** | | | 91,749.40 |
| **United Wire Metal**<br>**10 East 15th Street**<br>**New York, NY 10003** | **United Wire Metal**<br>**10 East 15th Street**<br>**New York, NY 10003** | | | 87,125.66 |
| **Renato Sacheli**<br>**Via Monza 29**<br>**22052 Cernusco Lombardone**<br>**Italy** | **Renato Sacheli**<br>**Via Monza 29**<br>**22052 Cernusco Lombardone** | | | 57,185.73 |
| **Cephren Carlstadt, LLC**<br>**c/o Richard Trenk**<br>**Trenk DiPasquale Webster Della Ferra**<br>**347 Mt. Pleasant Ave.**<br>**West Orange, NJ 07052** | **Cephren Carlstadt, LLC**<br>**c/o Richard Trenk**<br>**Trenk DiPasquale Webster Della Ferra**<br>**West Orange, NJ 07052** | **Landlord** | **Disputed** | 39,879.23 |
| **Unimet Metal Supply Inc.**<br>**P.O. Box 823200**<br>**Philadelphia, PA 19182-3200** | **Unimet Metal Supply Inc.**<br>**P.O. Box 823200**<br>**Philadelphia, PA 19182-3200** | | | 28,576.43 |
| **PSE&G**<br>**P.O. Box14104**<br>**New Brunswick, NJ 08906** | **PSE&G**<br>**P.O. Box14104**<br>**New Brunswick, NJ 08906** | | | 22,872.45 |
| **Suffern Plating Corp.**<br>**210 Garibaldi Ave.**<br>**Lodi, NJ 07644** | **Suffern Plating Corp.**<br>**210 Garibaldi Ave.**<br>**Lodi, NJ 07644** | | | 17,996.00 |
| **Staples, Inc.**<br>**P.O. Box 9027**<br>**Des Moines, IA 50368** | **Staples, Inc.**<br>**P.O. Box 9027**<br>**Des Moines, IA 50368** | | | 9,512.00 |
| **Shell Oil Co.**<br>**P.O. Box 183019**<br>**Columbus, OH 43218-3019** | **Shell Oil Co.**<br>**P.O. Box 183019**<br>**Columbus, OH 43218-3019** | | | 4,502.94 |

B4 (Official Form 4) (12/07) - Cont.

In re  **National Die & Button Mould Co., Inc.**                              Case No.  **09-24786**
                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Leonard Greenwald<br>c/o National Die & Button Mould Co. Inc.<br>462 Barell Ave.<br>Carlstadt, NJ 07072 | Leonard Greenwald<br>c/o National Die & Button Mould Co. Inc.<br>462 Barell Ave.<br>Carlstadt, NJ 07072 | | | 3,680.13 |
| Hanover Insurance Co.<br>P.O. Box 4031<br>Worcester, MA 01653 | Hanover Insurance Co.<br>P.O. Box 4031<br>Worcester, MA 01653 | | | 1,892.86 |
| JSA<br>125 Carlsbad Street<br>Cranston, RI 02920 | JSA<br>125 Carlsbad Street<br>Cranston, RI 02920 | | | 1,696.19 |
| Meadowlands Carting, Inc.<br>800 Page Avenue<br>P.O. Box 327<br>Lyndhurst, NJ 07071 | Meadowlands Carting, Inc.<br>800 Page Avenue<br>P.O. Box 327<br>Lyndhurst, NJ 07071 | | | 1,521.86 |
| Telcomavin<br>871 Prince Street<br>Teaneck, NJ 07666 | Telcomavin<br>871 Prince Street<br>Teaneck, NJ 07666 | | | 1,330.01 |
| Acme-Danneman Co., Inc<br>245 West 29th Street<br>New York, NY 10001 | Acme-Danneman Co., Inc<br>245 West 29th Street<br>New York, NY 10001 | | | 1,109.13 |
| Northeastern Importing Corporation<br>1123 Broadway #907<br>New York, NY 10010-2007 | Northeastern Importing Corporation<br>1123 Broadway #907<br>New York, NY 10010-2007 | | | 965.65 |
| NJ Division of Fire Safety<br>P.O. Box 809<br>Trenton, NJ 08625 | NJ Division of Fire Safety<br>P.O. Box 809<br>Trenton, NJ 08625 | | | 755.00 |
| MBM LLC<br>12132 Catlpa Court<br>Plainfield, IL 60585 | MBM LLC<br>12132 Catlpa Court<br>Plainfield, IL 60585 | | | 729.00 |
| Polymag, Inc.<br>685 Station Road<br>Bellport, NY 11713 | Polymag, Inc.<br>685 Station Road<br>Bellport, NY 11713 | | | 585.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 13, 2009**                          Signature  **/s/ Louis Eisenpresser**
                                                                              **Louis Eisenpresser**
                                                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.